UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
TOBIAS, JORGE LUIS
TOBIAS, YOLANDA P.
    Debtor(s)

CASE NO. 08-23785
Chapter 7

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on 6/16/10, the Trustee filed his Final Report.

2. That on 7/19/10, the Trustee disbursed funds, pursuant to the Distribution Summary filed with the Final Report.

3. The following checks, were mailed to the payee thereof,; and said checks were returned "Unable to Forward"

    Check #104 - Claim #2 - Ford Motor Credit, PO Box 219825, Kansas City, MO 64121    $ 809.92

    Check #105 - Claim #3 - Providian, PO Box 660433, Dallas, TX 75266    $ 911.15

Pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No. 106 in the amount of $1,721.07 payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $1,721.07 into the Treasury Fund 6047BK, on behalf of said creditor and for all other just and proper relief.

    /s/ Gordon E. Gouveia
    GORDON E. GOUVEIA
    GOUVEIA & ASSOCIATES
    433 W. 84TH DRIVE
    MERRILLVILLE, IN 46410
    Telephone: (219)736-6020

## CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
David Dabertin, 5246 Hohman Avenue, Suite 302, Hammond, IN 46320
Ford Motor Credit, PO Box 219825, Kansas City, MO 64121
Providian, PO Box 660433, Dallas, TX 75266

Dated: 8/10/10                              /s/Gordon E. Gouveia
                                              Gordon E. Gouveia, Trustee